# EXHIBIT 1

| | |
|---|---|
| **From:** | Ahn, Catherine S. (USACAC) |
| **To:** | Devona Gardner; michael@thefreedmanfirm.com |
| **Cc:** | Fenton, Christopher (CRM); Paetty, Scott (USACAC); Faerstein, Brian (USACAC); Stacey Cooke |
| **Subject:** | Re: Edvard Paronyan |
| **Date:** | Monday, August 30, 2021 2:37:25 PM |
| **Attachments:** | image001.png |

Michael,

The government concurs with pretrial's position.

Sincerely,
Catherine

Sent from my iPhone

> On Aug 30, 2021, at 1:31 PM, Devona Gardner <Devona_Gardner@cacp.uscourts.gov> wrote:
>
> Pretrial Services position is NOT to approve the travel request to Palm Springs.  The reasoning behind our decision is outlined below:
> 1. The defendant is convicted and has an upcoming sentencing date of September 27, 2021.
> 2. According to disclosed financials, the defendant's monthly expenses exceeds his reported income.
> 3. The defendant reported having outstanding/unpaid taxes owed to the State of California for approximately $200,000.
> 4. Even though the defendant has tested negatively for controlled substances (with the exception of a cocaine positive in April 2021), he is on probation for a DUI received from Palm Springs, which is due to expire in February 2022.
> 5. Pretrial Services does not view the proposed family vacation with his wife and two children, ages 11 and 6, as a necessity or an emergency.
>
> If you would like to discuss the matter further, I am available on my cell phone listed below.
>
> <image001.png>
>
> **From:** michael@thefreedmanfirm.com <michael@thefreedmanfirm.com>
> **Sent:** Monday, August 30, 2021 12:02 PM
> **To:** 'Ahn, Catherine S. (USACAC)' <Catherine.S.Ahn@usdoj.gov>; 'Fenton, Christopher (CRM)' <Christopher.Fenton@usdoj.gov>; 'Paetty, Scott (USACAC)' <Scott.Paetty@usdoj.gov>; 'Faerstein, Brian (USACAC)' <Brian.Faerstein@usdoj.gov>
> **Cc:** Devona Gardner <Devona_Gardner@cacp.uscourts.gov>; Stacey Cooke

<Stacey_Cooke@cacp.uscourts.gov>
**Subject:** RE: Edvard Paronyan

**CAUTION - EXTERNAL:**

Following up on this, could the government and Pretrial please let me know their respective positions today so that I may file the ex parte with the court with sufficient time before the family trip Mr. Paronyan hopes to take starting Friday?  Thank you.

---

**From:** Ahn, Catherine S. (USACAC) <Catherine.S.Ahn@usdoj.gov>
**Sent:** Thursday, August 26, 2021 4:10 PM
**To:** michael@thefreedmanfirm.com; Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Paetty, Scott (USACAC) <Scott.Paetty@usdoj.gov>; Faerstein, Brian (USACAC) <Brian.Faerstein@usdoj.gov>
**Cc:** 'Devona Gardner' <Devona_Gardner@cacp.uscourts.gov>; 'Stacey Cooke' <Stacey_Cooke@cacp.uscourts.gov>
**Subject:** RE: Edvard Paronyan

Michael,

Have you already spoken to Officer Gardner about this, and if so, what was her position?  In addition, can you confirm that this is purely for one-time travel and not to modify his terms of release, to include location monitoring?

Sincerely,
Catherine

**Catherine S. Ahn | Assistant United States Attorney**
**Criminal Division | Major Frauds**
✉ catherine.s.ahn@usdoj.gov | ☏ 213.894.2424
https://www.justice.gov/usao-cdca

---

**From:** michael@thefreedmanfirm.com <michael@thefreedmanfirm.com>
**Sent:** Thursday, August 26, 2021 2:48 PM
**To:** Fenton, Christopher (CRM) <Christopher.Fenton@usdoj.gov>; Paetty, Scott (USACAC) <spaetty@usa.doj.gov>; Ahn, Catherine S. (USACAC) <cahn@usa.doj.gov>; Faerstein, Brian (USACAC) <bfaerstein@usa.doj.gov>
**Cc:** 'Devona Gardner' <Devona_Gardner@cacp.uscourts.gov>; 'Stacey Cooke' <Stacey_Cooke@cacp.uscourts.gov>
**Subject:** Edvard Paronyan

Good afternoon,

I am planning to file an ex parte application to allow Mr. Paronyan to travel to Palm Springs from September 3-September 6 for a family vacation over Labor Day.  Could

you please let me know if the government and/or Pretrial has any opposition to the request?

Thanks,
Michael

**Michael G. Freedman**
THE FREEDMAN FIRM PC

800 Wilshire Blvd., Suite 1050
Los Angeles, CA 90017
Office: (213) 816-1700
Mobile: (310) 339-4503
Email: michael@thefreedmanfirm.com
Web: http://www.thefreedmanfirm.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.